AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD 10-26-18)

FILED ENTERED
LODGED RECEIVED

MAR 14 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Three residences, as further described<br>in Attachment A | )<br>)<br>)   Case No.   MJ19-101<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Three residences, as further described in Attachment A.

located in the _____ Western _____ District of _____ Washington _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B for List of items to be Seized.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841 and 846 | Manufacturing, distribution and possession with intent to distribute marijuana, |
| 18 U.S.C. §§ 1956 and 1957 | money laundering, and conspiracy to commit these offenses. |

The application is based on these facts:

✓ See Affidavit do Sean Gotcher, DEA Task Force Officer.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☐ by reliable electronic means; or ☐ telephonically recorded.

_____
*Applicant's signature*

Sean Gotcher, DEA Task Force Officer
*Printed name and title*

◉ The foregoing affidavit was sworn to before me and signed in my presence, or
○ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: _____ 03/14/2019 _____

_____
*Judge's signature*

City and state: Seattle, Washington

U.S. Magistrate Judge Mary Alice Theiler
*Printed name and title*

USAO: xx

# AFFIDAVIT

STATE OF WASHINGTON     )
                        )     ss
COUNTY OF KING          )

I, Sean Gotcher, being first duly sworn, hereby depose and state as follows:

## AFFIANT BACKGROUND

1.      I am a sworn Federal Task Force Officer (TFO) with the United States Drug Enforcement Administration (DEA) and, as such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am authorized and presently assigned to investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801, et seq., and other violations of federal law. I have been employed as a Detective with the Federal Way Police Department for a total of six years, and I have worked as a police officer for approximately 18 years. In my capacity as a Detective, I have conducted investigations for violations of the Controlled Substance Act, that is, Title 21, United States Code, Section 841, et seq., the Revised Code of Washington 69.50.401, and related state and federal offenses to include money laundering crimes.

2.      I have received narcotics enforcement training from the Washington State Criminal Justice training center and from DEA. Throughout my career, I have assisted in the service of hundreds of search warrants, and have acted as the case agent or co-case agent in federal narcotics investigations which have led to federal prosecutions. Based on my training and experience, I am familiar with the means and methods used by drug traffickers to manufacture, store, transport, and distribute controlled substances, to include marijuana. I am also familiar with the tactics used by drug traffickers to avoid detection by law enforcement to include the use of code words, slang, stash houses, hidden compartments, using multiple cellular telephones, and using cash to finance their activity as it is more difficult for law enforcement to trace. Based on my training and experience, I am aware of

Affidavit of TFO Gotcher - 1
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  the common ways drug traffickers attempt to profit from their illegal activities by hiding

2  drug proceeds in various places in order to conceal the illegal source or their ownership,

3  including hiding and transporting bulk cash, sending funds through wire transfers or bank

4  accounts in other persons' names, or investing in assets placed in other persons' names.

5      3.    The facts in this affidavit are based on my personal observations, my training

6  and experience, and information obtained from other officers and investigators. I have not

7  included every fact concerning this investigation, rather, I have set forth the facts that I

8  believe are necessary for a fair determination of probable cause.

9  **PURPOSE OF THIS AFFIDAVIT**

10      4.    This affidavit is submitted in support of an application to search the following

11  three residences, as further described in Attachment A, for evidence, fruits and

12  instrumentalities, as further described in Attachment B, of crimes committed by Guoyuan

13  YU and others to include marijuana manufacturing, distribution and possession with intent to

14  distribute marijuana, money laundering crimes, and conspiracy to commit these offenses in

15  violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846; and Title 18,

16  United States Code, Sections 1956 and 1957:

17      1.    **3835 S. 316th St. Auburn, Washington**[1]

18      2.    **11224 SE 284th St. Auburn, Washington**
    3.    **3829 90th Ave. E Edgewood, Washington**

19

20  **PROBABLE CAUSE**

21  Residence #1
22  **3835 S 316th St. Auburn, Washington**

23      5.    On January 2, 2019 a concerned citizen (CS) residing on S. 316th St. in

24  Auburn, Washington called the DEA tip line concerning a house he believed to be growing

25  marijuana at the address of **3835 S. 316th Auburn, Washington**. I used King County parcel

26  viewer and other online open real estate sources and learned that Guoyan YU purchased the

27  ————————————————

28  [1] The residences requested to be searched are highlighted in **bold** font throughout this affidavit.

Affidavit of TFO Gotcher - 2
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 residence at **3835 S. 316th Auburn, Washington** through AgencyOne Real Estate on
2 approximately April 21, 2017 for the purchase price of $515,000.

3    6.    I contacted the CS, and he explained that soon after the home was sold to the
4 new owners, a Chinese family moved in, and everything appeared normal.  The CS said an
5 older Chinese female would walk the road in the neighborhood daily.  After a period of time,
6 however, he noticed activity changed at the home.  The CS observed the female no longer
7 walked through the neighborhood, one van was always left at the home, and Chinese males
8 would come infrequently to the house to stay for a few hours then leave.  The CS thought
9 perhaps the visitors were there to take care of an elderly parent.

10    7.    In approximately December 2018, the CS's dog escaped from his fenced
11 property and ran to the rear yard of the neighbor's house at **3835 S. 316th St.**  The CS
12 reported this was not unusual as he was friends with the prior owner of the home, and his
13 dog visited there frequently.  While attempting to retrieve his dog, the CS stated he saw a
14 bright white light from a window and when he walked past the window, he observed a small
15 marijuana plant, approximately four inches in height.  Based on my training and experience,
16 and participating in the execution of more than 100 search warrants at residences where
17 indoor marijuana operations were found, I am aware that that marijuana grown indoors
18 requires special equipment to include halide lights which emit a bright white illumination,
19 considerably brighter than standard light bulbs.

20    8.    After this observation, the CS began to watch the cars that came and went from
21 the house more closely, recorded the license plates of those vehicles, and provided me the
22 license plate numbers.

23    9.    I used law enforcement data bases to research and identify the owners of the
24 vehicles that were observed by the CS at the residence, and obtained driver's license
25 photographs for the registered owners of the following three vehicles:

26    a.    Washington State license BHY5941, a White Chevy Uplander
27 Washington Department of Licensing lists the vehicle registered at **11224 SE 284th St.**
28 **Auburn, Washington** to Guoyuan YU.  The address on Guoyuan YU's driver's license is

Affidavit of TFO Gotcher - 3
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  listed as 17037 154th PL SE Renton, Washington, the site of a prior suspected indoor

2  marijuana growing operation as further discussed below.

3         b.    Washington State license BGH5967, a White Toyota Sienna van

4  Washington Department of Licensing lists the vehicle registered at **3829 90th Ave East**

5  **Edgewood, Washington** to Jieming CHEN.

6         c.    Washington State license AWJ8005, a Green Honda Odyssey van

7  Washington Department of Licensing lists the vehicle registered at **3835 S. 316th St.**

8  **Auburn, Washington** to Liang-Ming CHEN.

9         10.    On January 9, 2019, at approximately 7:00 p.m., I drove to the neighborhood

10  where **3835 S. 316th St.** is located, and walked the public roadway near the house.  Based on

11  my training and experience, and participation in more than one hundred search warrants

12  involving residences containing indoor marijuana growing operations, I am familiar with the

13  odor of green growing marijuana plants.  As I walked down the street, I was able to identify

14  the odor of green growing marijuana emitting from the address at **3835 S. 316th St. Auburn,**

15  **Washington.**

16         11.    Based on my training and experience, I am aware that residential properties

17  used as covert locations to grow marijuana use excessive amounts of power necessary to

18  support an indoor marijuana growing operation.  Specifically, indoor marijuana cultivation

19  uses substantial energy to power special growing lights for approximately 16 hours per day,

20  or longer.  These lights generate significant heat, requiring large fans that also need power to

21  move cool air and remove moisture.  Because marijuana plants produce such a strong and

22  distinctive odor which can reveal the location of a hidden marijuana grow operation, large

23  charcoal filters and additional venting mechanisms are also used in an attempt to scrub the

24  exiting air before expelling it from the home.   All of these components necessary to grow

25  marijuana indoors require large amounts of energy resulting in substantially higher power

26  costs.

27         12.    Investigators subpoenaed Puget Sound Energy records for the residence

28  located at **3835 S. 316th St. Auburn, Washington.**  As illustrated in the power usage report

Affidavit of TFO Gotcher - 4
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

depicted below, prior to the residence being purchased in April 2017, the PSE bill for the residence during ranged from $61.45 to $88.11 (October 2016 to February 2017).  After the residence was purchased in April 2017, power usage increased to ranging from $1,414.82 to $1,625.30 (October 2017 to February 2018), or more than 20 times the power used by the prior owner.  The increased use of power continued throughout the year and into the most recent billing cycle of February 11, 2019 reflecting power consumption of $1,516.66.

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Device Number | From Date | To Date | Billed Amount | BILL UOM | Billed Consum | No of Days | Avg. Consum |
| 2 | X144471363 | 1/11/2019 | 2/11/2019 | $1,516.66 | kWh | 15383 | 32 | 481 |
| 3 | X144471363 | 12/12/2018 | 1/10/2019 | $1,541.26 | kWh | 15662 | 30 | 522 |
| 4 | X144471363 | 11/10/2018 | 12/11/2018 | $1,673.54 | kWh | 17030 | 32 | 532 |
| 5 | X144471363 | 10/12/2018 | 11/9/2018 | $1,214.18 | kWh | 12328 | 29 | 425 |
| 6 | X144471363 | 9/13/2018 | 10/11/2018 | $1,649.27 | kWh | 17123 | 29 | 590 |
| 7 | X144471363 | 8/11/2018 | 9/12/2018 | $1,610.06 | kWh | 7118 | 33 | 216 |
| 8 | A020987328 | 7/13/2018 | 8/10/2018 | $1,355.05 | kWh | 13008 | 29 | 449 |
| 9 | A020987328 | 6/13/2018 | 7/12/2018 | $1,631.78 | kWh | 15657 | 30 | 522 |
| 10 | A020987328 | 5/12/2018 | 6/12/2018 | $1,941.76 | kWh | 18624 | 32 | 582 |
| 11 | A020987328 | 4/13/2018 | 5/11/2018 | $1,662.16 | kWh | 15204 | 29 | 524 |
| 12 | A020987328 | 3/15/2018 | 4/12/2018 | $1,707.03 | kWh | 15181 | 29 | 523 |
| 13 | A020987328 | 2/13/2018 | 3/14/2018 | $1,625.30 | kWh | 14456 | 30 | 482 |
| 14 | A020987328 | 1/12/2018 | 2/12/2018 | $2,108.37 | kWh | 18741 | 32 | 586 |
| 15 | A020987328 | 12/13/2017 | 1/11/2018 | $1,671.41 | kWh | 14912 | 30 | 497 |
| 16 | A020987328 | 11/11/2017 | 12/12/2017 | $2,295.36 | kWh | 20624 | 32 | 645 |
| 17 | A020987328 | 10/13/2017 | 11/10/2017 | $1,414.82 | kWh | 12724 | 29 | 439 |
| 18 | O075251280 | 9/13/2017 | 10/12/2017 | $1,919.79 | kWh | 17200 | 30 | 573 |
| 19 | O075251280 | 8/12/2017 | 9/12/2017 | $532.17 | kWh | 4780 | 32 | 149 |
| 20 | O075251280 | 7/14/2017 | 8/11/2017 | $70.53 | kWh | 660 | 29 | 23 |
| 21 | O075251280 | 6/19/2017 | 7/13/2017 | $26.52 | kWh | 200 | 25 | 8 |
| 22 | O075251280 | 4/13/2017 | 4/30/2017 | $43.59 | kWh | 400 | 18 | 22 |
| 23 | O075251280 | 3/15/2017 | 4/12/2017 | $62.55 | kWh | 610 | 29 | 21 |
| 24 | O075251280 | 2/11/2017 | 3/14/2017 | $75.52 | kWh | 730 | 32 | 23 |
| 25 | O075251280 | 1/12/2017 | 2/10/2017 | $80.93 | kWh | 780 | 30 | 26 |
| 26 | O075251280 | 12/13/2016 | 1/11/2017 | $76.44 | kWh | 740 | 30 | 25 |
| 27 | O075251280 | 11/11/2016 | 12/12/2016 | $88.11 | kWh | 840 | 32 | 26 |
| 28 | O075251280 | 10/13/2016 | 11/10/2016 | $61.45 | kWh | 590 | 29 | 20 |
| 29 | O075251280 | 9/14/2016 | 10/12/2016 | $58.73 | kWh | 560 | 29 | 19 |
| 30 | O075251280 | 8/13/2016 | 9/13/2016 | $72.22 | kWh | 690 | 32 | 22 |
| 31 | O075251280 | 7/14/2016 | 8/12/2016 | $64.57 | kWh | 620 | 30 | 21 |
| 32 | O075251280 | 6/14/2016 | 7/13/2016 | $53.27 | kWh | 500 | 30 | 17 |
| 33 | O075251280 | 5/13/2016 | 6/13/2016 | $68.96 | kWh | 660 | 32 | 21 |
| 34 | O075251280 | 4/14/2016 | 5/12/2016 | $59.15 | kWh | 570 | 29 | 20 |
| 35 | O075251280 | 3/15/2016 | 4/13/2016 | $66.88 | kWh | 650 | 30 | 22 |
| 36 | O075251280 | 2/12/2016 | 3/14/2016 | $79.87 | kWh | 770 | 32 | 24 |
| 37 | O075251280 | 1/13/2016 | 2/11/2016 | $74.45 | kWh | 720 | 30 | 24 |

Affidavit of TFO Gotcher - 5
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Residence #2
**11224 SE 284th St. Auburn Washington**

13.     A check with Washington Department of Licensing revealed Guoyuan YU's white Chevy Uplander van is registered to **11224 SE 284th St. Auburn, Washington.** I then used the King County parcel viewer to learn that Guoyuan YU is listed as the owner of the residence located at **11224 SE 284th St. Auburn, Washington,** Parcel number 184160-0030. Records available on the website also revealed Guoyuan YU purchased the residence on or about October 31, 2017, and YU used the same agent from AgencyOne as he used to purchase the residence described above at **3835 S. 316th Auburn, Washington.**

14.     A Washington Department of Licensing record check on March 12, 2019 revealed Guoyuan YU currently uses the address of 17037 154 Pl. SE. Renton, Washington on his Washington driver's license.  I used a King County Parcel rescords search which revealed that 17037 154 Pl. SE. Renton, Washington was purchased by Guoyuan YU "an un married person" and Shuguang SU "an un married person" on or about February 17, 2017. Approximately one year later on March 16, 2018, the King County Sheriff's Office received a neighbor's complaint documented in incident report number C18012249 stating that the neighbor reported a suspected marijuana growing operation inside the residence.

15.     Documentation contained in the King County Parcel Viewer noted that on November 1, 2018 (approximately eight months after the neighbor complaint, and approximately 22 months after Guoyan YU and Shuguang SU purchased the property) Guoyuan YU's wife, Yuping CHEN, filed a Quit Claim Deed relinquishing her interest in the property to Guoyuan YU.  The instructions for the Quit Claim Deed request that the documents be mailed to Guoyuan YU at the address **11224 SE 284th St. Auburn, Washington**.

16.     On the same date that the property was Quit Claimed to Guoyuan YU (November 1, 2018), Guoyuan YU and the other listed owner Shuguang SU sold the property to Jaiqi YU.  The sale amount listed is $250,000.00 even though the value of the home is tax appraised at $494,000, and listed as valued as $535,000 through real estate web

Affidavit of TFO Gotcher - 6
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   sources.  Based on my training and experience, individuals use the purchase and sale of real

2   estate as a means to launder money.  For example, by purportedly selling the property for

3   $250,000, substantially below market value, YU may give $250,000 to a straw purchaser,

4   commonly a family member, and then money YU receives from the sale appears to be

5   derived from a real estate transaction instead of illegal activity.  Even after the purported sale

6   of the property, the tax payer records for the property continue to identify Shuguang SU, the

7   prior owner, as the responsible party for the property taxes.  This sales transaction was also

8   conducted by AgencyOne using the same real estate agent that YU used to purchase **3835 S.**

9   **316th St. Auburn, Washington** (Residence #1).

10          17.     On February 7, 2019, at approximately 10:30 a.m., I drove to **11224 SE 284th**

11  **St. Auburn Washington** attempting to find Guoyuan YU's Chevy van, and identify his

12  place of residence.  Upon arriving, I saw YU's van parked in the driveway of the residence at

13  **11224 SE 284th St. Auburn Washington** behind a closed gate.  While at the residence, I

14  was able to gain access to an empty lot next door where a home is the beginning phase of

15  construction.  The empty lot is just East and directly adjacent to the **11224 SE 284th St.**

16  **Auburn Washington.**  From this vantage point, I was able to observe and recognize the

17  odor of fresh green growing marijuana, and determine its origin to be the residence **11224**

18  **SE 284th St. Auburn Washington.**

19          18.     Investigators subpoenaed Puget Sound Energy records for the residence

20  located at **11224 SE 284th St. Auburn Washington.**  As illustrated in the power usage

21  report depicted below, the PSE bill for the residence ranged from $61.45 to $88.11 (June

22  2017 to January 2018).  During the same months the following year, after the residence was

23  purchased by YU in October 2017, the power usage increased to $1,325.37 to 1,847.24 (June

24  2018 to January 2019), more than twenty times greater than the power usage during the prior

25  year.

26  //

27  //

28

Affidavit of TFO Gotcher - 7
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Device Number | From Date | To Date | Billed Amount | BILL UOM | Billed Consum | No of Days | Avg. Consum |
|---|---|---|---|---|---|---|---|
| U094642847 | 1/4/2019 | 2/1/2019 | $1,713.64 | kWh | 15355 | 29 | 529 |
| U094642847 | 12/5/2018 | 1/3/2019 | $1,847.24 | kWh | 16616 | 30 | 554 |
| U094642847 | 11/2/2018 | 12/4/2018 | $2,316.75 | kWh | 20839 | 33 | 631 |
| U094642847 | 10/4/2018 | 11/1/2018 | $1,439.48 | kWh | 12962 | 29 | 447 |
| U094642847 | 9/5/2018 | 10/3/2018 | $1,391.47 | kWh | 12526 | 29 | 432 |
| U094642847 | 8/3/2018 | 9/4/2018 | $1,209.20 | kWh | 10890 | 33 | 330 |
| U094642847 | 7/4/2018 | 8/2/2018 | $1,659.86 | kWh | 14935 | 30 | 498 |
| U094642847 | 6/5/2018 | 7/3/2018 | $1,820.87 | kWh | 16380 | 29 | 565 |
| U094642847 | 5/4/2018 | 6/4/2018 | $1,325.37 | kWh | 11933 | 32 | 373 |
| U094642847 | 4/5/2018 | 5/3/2018 | $46.93 | kWh | 396 | 29 | 14 |
| U094642847 | 3/7/2018 | 4/4/2018 | $271.36 | kWh | 2296 | 29 | 79 |
| U094642847 | 2/3/2018 | 3/6/2018 | $505.31 | kWh | 4242 | 32 | 133 |
| U094642847 | 1/5/2018 | 2/2/2018 | $46.34 | kWh | 387 | 29 | 13 |
| U094642847 | 12/5/2017 | 1/4/2018 | $50.56 | kWh | 429 | 31 | 14 |
| U094642847 | 11/8/2017 | 12/4/2017 | $69.58 | kWh | 616 | 27 | 23 |
| U094642847 | 10/4/2017 | 10/27/2017 | $92.63 | kWh | 810 | 24 | 34 |
| U094642847 | 9/2/2017 | 10/3/2017 | $99.29 | kWh | 862 | 32 | 27 |
| U094642847 | 8/4/2017 | 9/1/2017 | $102.12 | kWh | 885 | 29 | 31 |
| U094642847 | 7/6/2017 | 8/3/2017 | $110.96 | kWh | 959 | 29 | 33 |
| U094642847 | 6/6/2017 | 7/5/2017 | $114.65 | kWh | 990 | 30 | 33 |
| U094642847 | 5/4/2017 | 6/5/2017 | $106.40 | kWh | 921 | 33 | 28 |
| U094642847 | 4/5/2017 | 5/3/2017 | $85.14 | kWh | 767 | 29 | 26 |
| U094642847 | 3/7/2017 | 4/4/2017 | $120.45 | kWh | 1076 | 29 | 37 |
| U094642847 | 2/3/2017 | 3/6/2017 | $154.83 | kWh | 1374 | 32 | 43 |
| U094642847 | 1/5/2017 | 2/2/2017 | $142.92 | kWh | 1271 | 29 | 44 |
| U094642847 | 12/4/2016 | 1/4/2017 | $150.93 | kWh | 1344 | 32 | 42 |
| U094642847 | 11/3/2016 | 12/3/2016 | $139.83 | kWh | 1229 | 31 | 40 |
| U094642847 | 10/5/2016 | 11/2/2016 | $141.48 | kWh | 1241 | 29 | 43 |
| U094642847 | 9/3/2016 | 10/4/2016 | $150.70 | kWh | 1320 | 32 | 41 |
| U094642847 | 8/4/2016 | 9/2/2016 | $154.80 | kWh | 1355 | 30 | 45 |
| U094642847 | 7/6/2016 | 8/3/2016 | $138.09 | kWh | 1212 | 29 | 42 |
| U094642847 | 6/4/2016 | 7/5/2016 | $143.12 | kWh | 1255 | 32 | 39 |
| U094642847 | 5/5/2016 | 6/3/2016 | $119.02 | kWh | 1049 | 30 | 35 |
| U094642847 | 4/6/2016 | 5/4/2016 | $109.17 | kWh | 976 | 29 | 34 |
| U094642847 | 3/5/2016 | 4/5/2016 | $132.12 | kWh | 1177 | 32 | 37 |

Sheet1 | Sheet2 | Sheet3 | (+)

Residence #3

**382990th Ave East Edgewood, Washington**

19.     On January 14, 2019, footage from a surveillance camera at 3**835 S 316th St.,**

**Auburn, Washington** (Residence #1), revealed the green Honda Odyssey bearing license

plate AWJ8005 registered to Liang-Ming CHEN at this residence was parked in the

Affidavit of TFO Gotcher - 8
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

driveway.  Footage further revealed the white Sienna van bearing license plate BGH5967
arrived and parked in the driveway.  The Sienna van is registered Jieming CHEN at **3829
90th Ave East Edgewood, Washington** (Residence #3).  At approximately 12:01 p.m., the
white Chevy Uplander van bearing Washington BHY5941 arrived.   The Uplander van is
registered to Guoyuan YU at **11224 SE 284th St. Auburn, Washington** (Residence #2).  A
male appearing to be Guoyuan YU based on a comparison to his Department of Licensing
photograph exited the vehicle, and entered the residence.  Surveillance footage revealed that
at approximately 9:59 p.m. that same day, a male loaded two large plastic bags into the
Sienna van before driving away.

   20. On January 31, 2019 at approximately 1:54 p.m., while conducting
surveillance at **3835 S 316th St., Auburn, Washington** (Residence #1), I observed the white
Sienna van registered to Jieming CHEN arrive and park in the left side of the driveway.  A
male appearing to be Jieming CHEN based on a comparison to his Department of Licensing
photograph exited the vehicle, and entered the residence.  CHEN remained inside for
approximately three hours until he left at approximately 5:10 p.m. and drove directly to **3829
90th Ave East Edgewood, Washington**, which is the address listed on his Washington
driver's license.

   21. Access to **3829 90th Ave East Edgewood, Washington** is extremely limited as
the residence can be reached only by driving down a single lane road through a large open
field, and this road services only two houses on the side of a mountain.  From a covert
position approximately one half mile away, using binoculars, I was able to observe Jieming
CHAN's white Sienna van pull into the mountain top driveway for the residence located at
**3829 90th Ave East Edgewood, Washington**.  Because of the isolated location of the
residence, law enforcement is not able to surreptitiously gain close enough access to
determine whether an odor of marijuana is present at the location, without revealing the
presence of law enforcement in the area.

   22. I used Pierce County Assessor-Treasure electronic property information
profile, along with other online open resource real estate web sites, and learned that **3829

Affidavit of TFO Gotcher - 9
USAO #2018R00483

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   **90th Ave E. Edgewood, Washington,** is owned by Guangxiong WU and Shazhn (LNU) who

2   purchased the property on or about December 6, 2016.  The mailing address for the tax payer

3   is 2121 14th Ave S. #C, Seattle, Washington, suggesting the property owners are not

4   occupying the residence, but live at another location in Seattle.  The site further states the

5   property is in foreclosure status.

6          23.     The Pierce County Assessor-Treasure property records reveal the property

7   located at **3829 90th Ave East Edgewood, Washington** contains two structures:  a 1,656

8   square foot, single-family dwelling, and a 1981 Olympian Mobile/Manufactured home.

9   Investigators used a helicopter to fly over the property located at **3829 90th Ave East**

10  **Edgewood, Washington**, and were able to observe and photograph the two structures

11  described in the property records, and also observed a third structure described as shed or

12  outbuilding located on the property.  An aerial surveillance photograph of **3829 90th Ave**

13  **East Edgewood, Washington** displays these three structures on the property, and the

14  photograph is included in Attachment A to this affidavit.

15



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

24.     Investigators subpoenaed Puget Sound Energy (PSE) records for **3829 90th Ave E. Edgewood, Washington** and learned that the property maintains one power meter for the main residence, and one power meter for the mobile home.

25.     As revealed in the power records for the main residence and depicted below, the power bills during the 12 months prior the sale in December 2016 ranged from $22.24 to $167.27 (January 2016 to December 2016).  Over the next twelve months, the power usage increased, and during the last 12 months (February 2018 to February 2019) the power usage ranged from $1,220.27 to $2,056.27, or more than 10 times the power used by the prior owner.

| Device Number | From Date | To Date | Billed Amount | BILL UOM | Billed Consum | No of Days | Avg. Consum |
|---|---|---|---|---|---|---|---|
| A019535273 | 12/20/2016 | 1/19/2017 | $40.08 | kWh | 361 | 31 | 12 |
| A019535273 | 12/6/2016 | 12/19/2016 | $29.05 | kWh | 238 | 14 | 17 |
| A019535273 | 11/18/2016 | 12/5/2016 | $45.08 | kWh | 398 | 18 | 22 |
| U092060773 | 10/20/2016 | 11/17/2016 | $34.39 | kWh | 292 | 29 | 10 |
| U092060773 | 9/21/2016 | 10/19/2016 | $30.40 | kWh | 248 | 29 | 9 |
| U092060773 | 8/20/2016 | 9/20/2016 | $28.12 | kWh | 223 | 32 | 7 |
| U092060773 | 7/21/2016 | 8/19/2016 | $33.31 | kWh | 280 | 30 | 9 |
| U092060773 | 7/1/2016 | 7/20/2016 | $36.63 | kWh | 317 | 20 | 16 |
| U092060773 | 6/21/2016 | 6/30/2016 | $22.24 | kWh | 158 | 10 | 16 |
| U092060773 | 5/20/2016 | 6/20/2016 | $133.75 | kWh | 1251 | 32 | 39 |
| U092060773 | 4/21/2016 | 5/19/2016 | $121.64 | kWh | 1146 | 29 | 40 |
| U092060773 | 3/23/2016 | 4/20/2016 | $138.16 | kWh | 1309 | 29 | 45 |
| U092060773 | 2/20/2016 | 3/22/2016 | $161.31 | kWh | 1523 | 32 | 48 |
| U092060773 | 1/21/2016 | 2/19/2016 | $162.27 | kWh | 1532 | 30 | 51 |

| Device Number | From Date | To Date | Billed Amount | BILL UOM | Billed Consum | No of Days | Avg. Consum |
|---|---|---|---|---|---|---|---|
| A019535273 | 1/18/2019 | 2/19/2019 | $2,056.27 | kWh | 19701 | 33 | 597 |
| A019535273 | 12/19/2018 | 1/17/2019 | $1,962.00 | kWh | 18815 | 30 | 627 |
| A019535273 | 11/17/2018 | 12/18/2018 | $1,875.16 | kWh | 18005 | 32 | 563 |
| A019535273 | 10/19/2018 | 11/16/2018 | $1,533.28 | kWh | 14704 | 29 | 507 |
| A019535273 | 9/20/2018 | 10/18/2018 | $1,511.02 | kWh | 14668 | 29 | 506 |
| A019535273 | 8/21/2018 | 9/19/2018 | $1,968.83 | kWh | 17814 | 30 | 594 |
| A019535273 | 7/20/2018 | 8/20/2018 | $1,658.04 | kWh | 15008 | 32 | 469 |
| A019535273 | 6/20/2018 | 7/19/2018 | $1,636.43 | kWh | 14813 | 30 | 494 |
| A019535273 | 5/19/2018 | 6/19/2018 | $1,849.98 | kWh | 17135 | 32 | 535 |
| A019535273 | 4/20/2018 | 5/18/2018 | $1,609.99 | kWh | 15000 | 29 | 517 |
| A019535273 | 3/22/2018 | 4/19/2018 | $1,356.42 | kWh | 12071 | 29 | 416 |
| A019535273 | 2/21/2018 | 3/21/2018 | $1,570.40 | kWh | 13969 | 29 | 482 |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

26.     As revealed in the power records for the mobile home depicted below, the power bills during the 12 months prior the sale in December 2016 ranged from $16.32 to $173.41 (January 2016 to December 2016).  Over the next twelve months, the power usage increased, and during the last 12 months (February 2018 to February 2019) the power usage ranged from $1,282.70 to $1,913.06, more than 10 times the power used by the prior owner.

| Device Number | From Date | To Date | Billed Amount | BILL UOM | Billed Consum | No of Days | Avg. Consum |
|---|---|---|---|---|---|---|---|
| U092060368 | 12/20/2016 | 1/19/2017 | $138.19 | kWh | 1311 | 31 | 42 |
| U092060368 | 11/18/2016 | 12/19/2016 | $173.41 | kWh | 1629 | 32 | 51 |
| U092060368 | 10/20/2016 | 11/17/2016 | $44.19 | kWh | 400 | 29 | 14 |
| U092060368 | 9/21/2016 | 10/19/2016 | $37.21 | kWh | 323 | 29 | 11 |
| U092060368 | 8/20/2016 | 9/20/2016 | $18.77 | kWh | 120 | 32 | 4 |
| U092060368 | 7/21/2016 | 8/19/2016 | $16.32 | kWh | 93 | 30 | 3 |
| U092060368 | 6/21/2016 | 7/20/2016 | $27.30 | kWh | 214 | 30 | 7 |
| U092060368 | 5/20/2016 | 6/20/2016 | $60.18 | kWh | 576 | 32 | 18 |
| U092060368 | 4/21/2016 | 5/19/2016 | $55.93 | kWh | 532 | 29 | 18 |
| U092060368 | 3/23/2016 | 4/20/2016 | $84.72 | kWh | 815 | 29 | 28 |
| U092060368 | 2/20/2016 | 3/22/2016 | $130.48 | kWh | 1238 | 32 | 39 |
| U092060368 | 1/21/2016 | 2/19/2016 | $109.49 | kWh | 1044 | 30 | 35 |

| Device Number | From Date | To Date | Billed Amount | BILL UOM | Billed Consum | No of Days | Avg. Consum |
|---|---|---|---|---|---|---|---|
| U092060368 | 1/18/2019 | 2/19/2019 | $1,913.06 | kWh | 18322 | 33 | 555 |
| U092060368 | 12/19/2018 | 1/17/2019 | $1,644.70 | kWh | 15756 | 30 | 525 |
| U092060368 | 11/17/2018 | 12/18/2018 | $1,954.80 | kWh | 18774 | 32 | 587 |
| U092060368 | 10/19/2018 | 11/16/2018 | $1,619.44 | kWh | 15536 | 29 | 536 |
| U092060368 | 9/20/2018 | 10/18/2018 | $1,321.87 | kWh | 12819 | 29 | 442 |
| U092060368 | 8/21/2018 | 9/19/2018 | $1,293.00 | kWh | 11712 | 30 | 390 |
| U092060368 | 7/20/2018 | 8/20/2018 | $1,231.64 | kWh | 11158 | 32 | 349 |
| U092060368 | 6/20/2018 | 7/19/2018 | $1,340.41 | kWh | 12140 | 30 | 405 |
| U092060368 | 5/19/2018 | 6/19/2018 | $1,654.24 | kWh | 15326 | 32 | 479 |
| U092060368 | 4/20/2018 | 5/18/2018 | $1,671.11 | kWh | 15568 | 29 | 537 |
| U092060368 | 3/22/2018 | 4/19/2018 | $1,788.65 | kWh | 15905 | 29 | 548 |
| U092060368 | 2/21/2018 | 3/21/2018 | $1,282.70 | kWh | 11417 | 29 | 394 |

27.     Based on my training and experience, the large amount of energy being used at each of the three locations requested to be searched is consistent with operating an around the clock marijuana cultivation site.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**CONCLUSION**

2        28.      Based on the foregoing, I submit there is probable cause to conclude that

3   within the three residences further identified in Attachment A there exists evidence, fruits

4   and instrumentalities, as further described in Attachment B, of marijuana manufacturing and

5   distribution, and money laundering crimes by Guoyuan YU and others, in violation of Title

6   21, United States Code, Sections 841(a)(1), 843(b) and 846; and Title 18, United States

7   Code, Sections 1956 and 1957.

8

9                                    Sean Gotcher, Affiant
                                     Task Force Officer
10                                   Drug Enforcement Administration

11

12        The above-named agent provided a sworn statement attesting to the truth of the

13   contents of the foregoing affidavit on the ___14___ day of March, 2019.

14

15

16                                   MARY ALICE THEILER
                                     UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>**Attachment A**</u>
**Locations to be Searched**

1.    The residence located at **3835 316th S. Auburn, Washington** is further described
       as a tan brick, multi-story single family residence listing 2490 square feet on the
       first floor with 2100 square foot finished basement. King County Parcel Viewer
       list the parcel number as 57086000090. The address numbers for the home are
       posted on the wall to the right of the garage door.

2.    The residence located at **11224 SE 284th St. Auburn, Washington** is further
       described as a single family, multi-story home with 2020 square feet upstairs and
       2020 square feet of finished basement space, tan/beige in color, with the numbers
       11224 posted on the wall above the double car garage on the front of the home.

3.    The residence located at **3829 90th Ave E Edgewood, Washington** is further
       described as a property containing a single family residence, a mobile home, and
       an outbuilding or shed as depicted in the photograph below.  Investigators
       involved in the surveillance of this location will be present to assist in the search.



For the listed residences, authority to search extends to all parts of the property, including main structure, inside the walls of the structures, inside water heaters, containers, compartments, or safes located on the property, whether locked or not where the items described in Attachment B (list of items to be seized) could be found, and all vehicles, containers, compartments, or safes located on the property, whether locked or not, where the items described in Attachments B (list of items to be seized) could be found.

**Attachment B**
**Items to be Seized**

Evidence, fruits and instrumentalities, as further described in Attachment B, of the crimes of distribution of, and possession with intent to distribute, controlled substances, money laundering, and conspiracy to commit these offenses by Nicholas Dwight STARTZMAN and others in violation of 21 U.S.C. §§ 841(a)(1), 846; 18 U.S.C. §§ 1956 and 1957, including the following:

1. Cash: United States Currency or other currency;

2. Controlled Substances: Including but not limited to oxycodone, fentanyl, marijuana, cocaine, heroin and methamphetamine.

3. Drug Paraphernalia: Items used, or to be used, to store, manufacture, process, package, use, and/or distribute controlled substances, including oxycodone pills, such as plastic bags, cutting agents, pill presses, scales, measuring equipment, tape, chemicals or items used to test the purity and/or quality of controlled substances, and similar items.

4. Drug Transaction Records: Documents such as ledgers, receipts, notes, and similar items relating to the acquisition, transportation, and distribution of controlled substances.

5. Customer and Supplier Information: Items identifying drug customers and drug suppliers, such as telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with drug amounts and prices, maps or directions, and similar items.

6. Financial records, including bank records, safe deposit box records and keys, credit card records, bills, receipts, tax returns, vehicle documents, and similar items; and other records that show income and expenditures, net worth, money transfers, wire transmittals, negotiable instruments, bank drafts, cashiers checks, and similar items, and money counters.

7. Photographs/Surveillance: Photographs, video tapes, digital cameras, surveillance cameras and associated hardware/storage devices, and similar items, depicting property occupants, friends and relatives of the property occupants, or suspected buyers or sellers of controlled substances, controlled substances or other contraband, weapons, and assets derived from the distribution of controlled substances.

8. Weapons: Including but not limited to firearms, magazines, ammunition, and body armor.

9.     Codes:  Evidence of codes used in the distribution of controlled substances, including but not limited to passwords, code books, cypher or decryption keys, and similar information.

10.    Property Records:  Deeds, contracts, escrow documents, mortgage documents, rental documents, and other evidence relating to the purchase, ownership, rental, income, expenses, or control of the premises, and similar records of other property owned or rented.

11.    Indicia of occupancy, residency, and/or ownership of assets including, but not limited to, bills (credit card, utility, rent, etc.), canceled envelopes, rental records or payment receipts, leases, mortgage statements, personal mail, identification (driver's license, membership cards, etc.).

12.    Evidence of Storage Unit Rental or Access:  rental and payment records, keys and codes, pamphlets, contracts, contact information, directions, passwords or other documents relating to storage units.

13.    Evidence of Personal Property Ownership:  Registration information, ownership documents, or other evidence of ownership of property including, but not limited to vehicles, vessels, boats, airplanes, jet skis, all terrain vehicles, RVs, and personal property; evidence of international or domestic travel, hotel/motel stays, and any other evidence of unexplained wealth,

14.    All bearer bonds, letters of credit, money drafts, money orders, cashier's checks, travelers checks, Treasury checks, bank checks, passbooks, bank drafts, money wrappers, stored value cards, and other forms of financial remuneration evidencing the obtaining, secreting, transfer, and/or concealment of assets and/or expenditures of money.

15.    All Western Union and/or Money Gram documents and other documents evidencing domestic or international wire transfers, money orders, official checks, cashier's checks, or other negotiable interests that can be purchased with cash,  These documents are to include applications, payment records, money orders, frequent customer cards, etc.

16.    Negotiable instruments, jewelry, precious metals, financial instruments, and other negotiable instruments.

17.    Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency.

18.    Correspondence, papers, records, and any other items showing employment or lack of employment.

19.    Telephone books, and/or address books, facsimile machines to include the carbon roll and/or other memory system, any papers reflecting names, addresses, telephone numbers, pager numbers, cellular telephone numbers, facsimile, and/or telex numbers, telephone records and bills relating to co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists. Also, telephone answering devices that record telephone conversations and the tapes therein for messages left for or by co-conspirators for the delivery or purchase of controlled substances or laundering of drug proceeds.

20.    Safes and locked storage containers, and the contents thereof which are otherwise described in this document.

21.    Tools that may be used to open hidden compartments in vehicles, paint, bonding agents, magnets, or other items that may be used to open/close said compartments.

22.    Cell Phones: Cellular telephones and other communications devices including Blackberries may be seized, and searched for the following items:
       a.    Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
       b.    Stored list of recent received, sent, and missed calls;
       c.    Stored contact information;
       d.    Stored photographs of narcotics, currency, firearms or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;
       e.    Stored text messages.